# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:24-cv-_____

STATE OF FLORIDA; and
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

*Plaintiffs,*

v.

CENTERS FOR MEDICARE AND MEDICAID SERVICES; CHIQUITA BROOKS-LASURE, *in her official capacity as Commissioner of Centers for Medicare and Medicaid Services*; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*,

*Defendants.*

## DECLARATION OF AUSTIN NOLL

I, Austin Noll, declare as follows:

1.  My name is Austin Noll, I am over 18 years of age, of sound mind, and capable of making this declaration. This declaration is based on my personal knowledge and other information known to the Florida Agency for Health Care Administration ("AHCA"). I believe the facts stated herein to be true and correct. I would testify to the facts stated in this declaration in open court if called upon to do so.

1

2. I am the Deputy Secretary for Medicaid Policy, Quality, and Operations for AHCA. In this role, I oversee the bureaus of Medicaid Policy, Medicaid Quality, Medicaid Plan Management Operations, Medicaid Recipient and Provider Assistance, and Medicaid Third Party Liability. I have held this position since February 2023. Prior to my role as Deputy Secretary, I served as the Chief Operating Officer of the Florida Healthy Kids Corporation, which operates Florida's Children's Health Insurance Program ("CHIP") under the direction of AHCA. From November 2016 to February 2023, I oversaw CHIP eligibility and enrollment, plan management operations, quality, information systems, and data analytics.

3. As of October 2023, more than 119,000 children in low- and moderate-income families statewide receive subsidized health insurance through Florida CHIP.

4. In fiscal year 2019–2020, Florida collected over $30 million in premium payments from CHIP participants.

5. On June 22, 2023, Governor DeSantis signed into law Florida H.B. 121 to substantially expand the provision of subsidized health insurance to Florida children. *See* An Act Relating to Florida KidCare Program Eligibility, H.B. 121, § 1, 2023 Leg. (Fla. 2023). Florida anticipates that its expanded CHIP plan will provide subsidized health insurance to an additional 26,096 children in its first full year.

6. Florida anticipates that the expanded CHIP will cost an additional $90 million in its first full year. That cost is expected to be funded through approximately $23.1 million in additional premium payments from families, $19.7 million in additional state funds, and $47.2 million in additional federal funds.

7. Florida anticipates collecting more than $53 million in total premium payments from new and existing CHIP participants in the first full year of the expanded CHIP.

8. In October 2023, Centers for Medicare and Medicaid (CMS) issued a Frequently Asked Questions (FAQs) that prohibits states from disenrolling CHIP participants for failure to pay premiums during the continuous eligibility period.

9. In any given month, Florida anticipates approximately 3% of Florida CHIP participants will be disenrolled for failing to pay premiums.

10. Florida anticipates that if it complies with the CMS FAQs, it will spend approximately $1 million each month to provide benefits to CHIP participants who would otherwise have been disenrolled for failing to pay premiums.

11. Disenrollments from Florida CHIP occur monthly and become effective on the first day of the month after the unpaid premium was due. The next disenrollments will be effective February 1, 2024, for participants who have not paid premiums due January 1, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2024

_____
AUSTIN NOLL