IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:24-cv-317-WFJ-AAS

STATE OF FLORIDA; and FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

*Plaintiffs*,

v.

CENTERS FOR MEDICARE AND
MEDICAID SERVICES; CHIQUITA
BROOKS-LASURE, *in her official capacity as Administrator for the Centers for Medicare and Medicaid Services*; DEPARTMENT OF
HEALTH AND HUMAN SERVICES; and
XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*,

*Defendants*.

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs State of Florida and its Agency for Health Care Administration (collectively, "Florida"), through undersigned counsel, request oral argument on their Motion for Preliminary Injunction. This case under the Administrative Procedure Act presents important questions of federal law that affect the administration of Florida's Children's Health Insurance Program ("CHIP"), which provides benefits to over 100,000 Florida children in need. Florida seeks oral argument to present to this Court with the basis for its jurisdiction and the grounds for granting preliminary relief, including the legal arguments in support of Florida's claims and the likelihood of

suffering irreparable injury in the absence of an injunction. Florida estimates the total time required for the hearing will not exceed one hour.

Dated: March 5, 2024

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

/s/ Natalie Christmas
Natalie Christmas (FBN 1019180)*
COUNSELOR TO THE ATTORNEY
  GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Natalie.Christmas@myfloridalegal.com

* Lead Counsel
Counsel for the State of Florida

/s/ R. Trent McCotter
R. Trent McCotter (pro hac vice)*
Jared M. Kelson (pro hac vice)
Laura B. Ruppalt (pro hac vice)
BOYDEN GRAY PLLC
801 17th St NW, Suite 350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

ANDREW T. SHEERAN
GENERAL COUNSEL
Florida Bar No. 0030599
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670
Andrew.Sheeran@ahca.myflorida.com

* Lead Counsel
Counsel for Agency for Health Care
  Administration

## CERTIFICATE OF SERVICE

 I hereby certify that on March 5, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

           */s/ R. Trent McCotter*
           R. Trent McCotter