# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 20, 2025

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  24-12217-DD
Case Style:  State of Florida, et al v. Centers For Medicare And Medicaid Services, et al
District Court Docket No:  8:24-cv-00317-WFJ-AAS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to
reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.
No additional time shall be allowed for mailing."

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135      Capital Cases:               404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12217

_____

STATE OF FLORIDA,
FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

Plaintiffs-Appellants,

*versus*

CENTERS FOR MEDICARE AND MEDICAID SERVICES,
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
ADMINISTRATOR FOR THE CENTERS FOR MEDICARE
AND MEDICAID SERVICES,
SECRETARY OF HEALTH AND HUMAN SERVICES,

Defendants-Appellees.

2                          Order of the Court                          24-12217

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00317-WFJ-AAS

_____

Before JILL PRYOR, ABUDU, and KIDD, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal as moot, to vacate the district court's judgment, and to bear their own costs is GRANTED.

The district court's May 31, 2024, judgment is VACATED.